E-FILED
Tuesday, 19 May, 2026  04:31:50 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| **ILLINOIS AGRICULTURAL ASSOCIATION** <br><br> *Plaintiff,* <br><br> - v.- <br><br> **RURAL MEDIA GROUP, INC.** <br><br> *Defendant.* | Case No.: <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> **EQUITABLE RELIEF IS SOUGHT** |

Plaintiff Illinois Agricultural Association (the "IAA") by its undersigned counsel Davis & Campbell L.L.C. as and for its Complaint against Defendant Rural Media Group, Inc. ("RMG") hereby alleges as follows:

## NATURE OF THE ACTION

1.     This is a trademark infringement, false designation of origin, Illinois Consumer Fraud and Deceptive Practices Act, Illinois Uniform Deceptive Trade Practices Act, Unfair Competition under Illinois Common Law, and Breach of Contract action arising out of Defendant's unauthorized use of the IAA's RFD trademarks.

## THE PARTIES

2.     Plaintiff Illinois Agricultural Association is a non-profit Illinois Corporation located at 1701 Towanda Ave., Bloomington, IL 61701.

3.     Defendant Rural Media Group, Inc. is a Delaware corporation having a principal place of business at 49 Music Square West, Suite 103, Nashville, TN 37203.

**JURISDICTION AND VENUE**

4.      This Court has subject matter jurisdiction over the Lanham Act claims pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, and 1338(a). This Court has subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

5.      This Court has personal jurisdiction over Defendant RMG because, among other things, RMG agreed that this Court shall have jurisdiction to enforce the contract that was breached, and RMG's trademark infringement was intentional and expressly aimed at Illinois with the knowledge that the IAA would be injured in Illinois and in this District.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2).

**BACKGROUND**

**The IAA and its RFD Marks**

7.      The IAA was founded in 1916 to champion farmers' interests, offering education, legislative advocacy, and community support.

8.      In 1967, the IAA started the RFD Radio Network to deliver market news and other information to its listeners through about a dozen radio stations around Illinois. At this time, RFD Radio Network produced a radio program called RFD Illinois.  A radio program is a segment of audio content created in a studio and broadcast over radio waves and/or streamed over the Internet.

9.      Since 1967, listeners and advertisers associated the marks RFD, RFD Illinois, and RFD Radio Network (hereinafter the "RFD marks") with the IAA.

10.      The IAA's use of RFD, RFD Illinois and RFD Radio Network to market its goods has continued to the present.

2

11. In 1995, RFD Radio Network started a radio program named RFD Today. RFD Today continues to air today.

12. In 2004, RFD Radio Network started a radio program named RFD Livestock Report. RFD Livestock Report continues to air today.

13. In 2018, RFD Radio Network started a radio program named Best of RFD. Best of RFD continues to air today.

14. In 2019, RFD Radio Network started a radio program named RFD Profit Watch. RFD Profit Watch continues to air today.

15. In 2023, RFD Radio Network started a radio program named RFD Vintage Country. RFD Vintage Country continues to air today.

16. Between 2018 and 2023, RFD Radio Network produced a radio program named RFD Town and Country Partners.

17. Since 1967, the RFD Radio Network has grown from having about a dozen radio station partners to more than eighty (80) radio station partners in Illinois and its surroundings.

18. IAA's marks are used on the website FarmWeekNow.com, where the radio programs are made available on demand for streaming. *See* https://www.farmweeknow.com/rfd_radio/; https://www.farmweeknow.com/rfd_radio/affiliates/.

19. The IAA sells advertising time during RFD Radio Network programs to advertisers.

20. The IAA is supported by its members. The IAA, under its tradename of the Illinois Farm Bureau, receives membership fees from its members. The IAA uses these fees to advocate for farmers by supporting lobbying efforts in state and federal legislatures, providing educational resources to farmers, and supporting other nonprofit organizations that invest in future leaders,

enrich Illinois communities, cultivate environmental stewardship, and champion agricultural innovation.

21.     RFD Radio Network has been nominated and recognized for numerous awards and accomplishments, including by way of example, recognition by the American Farm Bureau Federation Annual Communications and Public Relations Competition and the National Association of Farm Broadcasting.

22.     The marks "RFD," "RFD Radio Network," and "RFD Radio Network and design" are used to promote new membership and membership retention in the Illinois Farm Bureau. Potential new members are encouraged to purchase, and current members are encouraged to retain, memberships in the Illinois Farm Bureau with RFD Radio Networks' reputation for providing valuable and trustworthy information.

### The IAA's Incontestable Trademark Registrations

23.      The IAA is the owner of Federal Trademark Registration Nos. 3,404,674 and 3,404,675 for "RFD". The certificates of registration for these marks are attached as Exhibits 1 and 2, respectively. The IAA uses this mark in connection with "audio broadcasting" and "educational and entertainment services, namely a continuing program about news, markets, weather and feature reports accessible by radio, audio and computer networks." The IAA filed its applications for this mark on June 27, 2007. The registrations were issued on April 1, 2008. These registrations are incontestable.

24.     The IAA is the owner of Federal Trademark Registration Nos. 3,404,671 and 3,404,672 for "RFD Radio Network and design". The certificates of registration for these marks are attached as Exhibits 3 and 4, respectively. The design of the mark is shown in Figure 1 below. The IAA uses this mark in connection with "audio broadcasting" and "educational and

4

entertainment services, namely a continuing program about news, markets, weather and feature reports accessible by radio, audio and computer networks." The IAA filed its applications for this mark on June 27, 2007. The registrations were issued on April 1, 2008. These registrations are incontestable.



Fig. 1

**The IAA's RFD Radio Network Trademark**

25.     The IAA has been marking its radio programs as "RFD Radio Network", including without its design, since 1967.

26.     The Herald and Review of Decatur, Illinois, referred to the IAA's radio network as "RFD Radio Network" on March 19, 1993. An image of the paper showing this is shown below as Figure. 2.



Fig. 2

27.    Since at least 2020, the IAA has used the "RFD Radio Network" mark, with and without the design, to mark its radio network on its website.  Screenshots from the RFD Radio Network website taken on March 12, 2026, are shown as Figs. 3 and 4 below.

RFD Radio Network™ is the most listened to source for Illinois agriculture news and information.

Fig. 3

Listen on your favorite radio station that carries RFD Radio Network.

Fig. 4

28.    "RFD Radio Network" has been spoken on RFD Radio Network programming to distinguish the programming as originating with the RFD Radio Network.

29.    Consumers—namely, Illinois Farm Bureau members, and RFD Radio Network listeners and advertisers—have come to identify "RFD Radio Network", with or without a design, written or spoken, with the IAA.

**RMG's Use of RFD Marks**

30.    On July 18, 2025, RMG emailed the IAA stating that it was exploring the development of new affiliate ventures under the RFD name. RMG sought to explore the possibility of acquiring or licensing the RFD trademark from the IAA.

31.    On September 18, 2025, the IAA decided not to move forward with any proposed transaction involving its RFD marks.

32.    Despite the IAA's decision not to sell or license its RFD marks, RMG announced its new affiliate ventures under the RFD name.

6

33.    On January 26, 2026, RMG announced that it was "transitioning from Rural Media Group to RFD Network." The press release is attached as Exhibit 5. *See* https://www.rfdtv.com/about-us/press/rfd-network-enters-a-new-chapter-with-modernized-brand-and-content-first-multi-platform-strategy.

34.    RMG further announced that "RFD Network now unifies its core platforms- RFD-TV (linear), RFD+ (streaming), Rural Radio on SiriusXM, podcasts, and digital properties – under a single network brand." *Id.*

35.    RMG further announced that "RFD-TV Now Transitions to RFD+." *Id.*

36.    RMG further announced that "RFD Network [RMG] will expand its original programming through RFD Studios, the home of RFD Originals." *Id.*

37.    RMG further announced that "RFD Network continues to be anchored by RFD News, the umbrella for its live news and market coverage." *Id.*

38.    RMG ran a full page advertisement in the Annual Marketing Services Guide 2026 published by AgriMarketing (hereinafter the "2026 AMSG"). The RMG's RFD Network advertisement is attached as Exhibit 6, hereto.

39.    The IAA advertised the RFD Radio Network on another page of the 2026 ASMG. The RFD advertisement is attached as Exhibit 7, hereto.

40.    The logos for IAA's RFD Radio Network and RMG's Rural Radio are placed in adjacent columns on another page of the 2026 ASMG. The page showing both logos is attached as Exhibit 8, hereto.

41.    RMG's RFD Network advertisement includes "Radio" as part of RFD Network.

42.    The 2026 AMSG is read by those who advertise on the RFD Radio Network and on RMG's broadcasting services.

43.    The RMG's advertisement is likely to confuse advertisers into thinking that the RFD Radio Network is affiliated with RMG under its new RFD Network branding.

44.    On information and belief, RMG knew that its planned development of new affiliate ventures under the RFD name was likely to cause confusion with the IAA's products and services marketed under the IAA's RFD marks.

45.    RMG intentionally used RFD marks knowing that doing so would cause confusion.

### RMG's Promotion of Controversial Celebrities

46.    Don Imus hosted a radio program called *Imus in the Morning* starting in 1971.

47.    Don Imus was often referred to as a "shock jock" and had a reputation for his inflammatory style and coarse, as well as controversial, humor.

48.    *Imus in the Morning* featured comedy skits, controversial and satirical characters, and prank calls.

49.    *Imus in the Morning* did not feature reports on commodity prices from the Chicago Mercantile Exchange and Livestock Reports.

50.    *Imus in the Morning* broadcasted from New York, New York.

51.    *Imus in the Morning* had a predominately urban and suburban audience.

52.    *Imus in the Morning* did not provide information directed at rural Americans and people who work in agriculture.

53.    Don Imus did not have a reputation for providing valuable and trustworthy information.

54.    In April 2007, Don Imus was fired by CBS Radio for making racially insensitive comments on air.

55.    On December 3, 2007, *Imus in the Morning* began airing on RMG's RFD-TV.

8

56.     Paula Deen hosted a television cooking show called *Paula's Home Cooking*, which began airing in November 2002 on the Food Network.

57.     In June 2013, Paula Deen's television show was cancelled by the Food Network due to revelations of her use of racially insensitive language following a lawsuit for racial and sexual discrimination.

58.     On October 7, 2016, Eater Magazine ran an article titled "Disgraced Paula Deen to Host New Cooking Show for No Good Reason." The Eater article is attached as Exhibit 9, hereto. The article concerns Paula Deen's new television show, *Positively Paula*. *See* https://www.eater.com/2016/10/7/13199856/paula-deen-new-tv-show-positively-paula.

59.     In January 2018, *Positively Paula* began airing on RMG's RFD-TV. *See* https://people.com/tv/paula-deen-hosting-new-tv-show/.

60.     Paula Deen does not have a reputation for providing trustworthy and valuable information.

61.     *Positively Paula* is still airing on RMG's RFD-TV.

62.     RMG is a media group that is much smaller than major media entities like Comcast, Disney, Warner Bros., Paramount, Sony, and Amazon.

63.     RMG has sought to obtain viewers by airing shows hosted by controversial celebrities that major media entities refuse to air.

64.     RMG has aired programming hosted by controversial celebrities.

65.     RMG will continue to air programming hosted by controversial celebrities.

66.     RMG will air programming hosted by controversial celebrities under the name RFD Network.

9

67.     RMG will air programming hosted by controversial celebrities on their streaming service branded as RFD+.

68.     RMG will air programming hosted by controversial celebrities branded as RFD Originals.

69.     RMG will air programming hosted by controversial celebrities created in what is branded as RFD Studios.

70.     RMG airs and will continue to air programming that does not provide trustworthy and valuable information under the marks RFD Network, RFD+, RFD Originals, and RFD Studios.

**Likelihood of Confusion**

71.     RMG's RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks are confusingly similar to IAA's RFD Radio Network and RFD marks.

72.     RMG's RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks are being used on RMG's linear TV, streaming service, radio network, podcasts, and digital properties.

73.     The IAA's RFD Radio Network and RFD marks are being used on its streaming service, radio network, and digital properties.

74.     RMG is using its RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks on products similar to the products on which the IAA uses its RFD and RFD Radio Network marks.

75.     RMG's RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks are being used on the Internet where they can be seen worldwide.

76.     The IAA's RFD Radio Network and RFD marks are being used on the Internet where they can be seen worldwide.

77.     RMG's RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks are aimed at rural Americans, including those living in Illinois.

78.     The IAA's RFD Radio Network and RFD marks are aimed at rural Americans living in Illinois and the surrounding area.

79.     RMG is using its RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks in an area and manner similar to the way the IAA is using its RFD Radio Network and RFD marks.

80.     The IAA's RFD Radio Network and RFD marks are not descriptive.

81.     The IAA has been using its RFD Radio Network and RFD marks for almost sixty (60) years.

82.     The IAA's RFD Radio Network and RFD marks are promoted on over eighty (80) radio stations.

83.     The IAA's RFD Radio Network and RFD marks are strong in a trademark sense.

84.     RMG's use of the RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks are likely to confuse consumers into believing that the programs produced by the IAA are produced by RMG.

85.     RMG's use of the RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks are likely to confuse consumers into believing that the IAA and its Illinois Farm Bureau tradename are associated with RMG.

86.     RMG's use of the RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks are likely to confuse consumers into believing that the IAA and its Illinois Farm

11

Bureau tradename are associated with and/or promote controversial celebrities like Don Imus and Paula Deen.

### 2013 IAA-RMG Contract

87.    In January 2013, the IAA filed a lawsuit against RMG to stop it from using the confusingly similar Radio RFD mark on a radio network RMG planned to release on SiriusXM.

88.    On December 23, 2014, IAA and RMG entered into a confidential settlement agreement (hereinafter, the "Agreement").

89.    The Agreement includes and makes permanent the Stipulation and Order attached as Exhibit 10, hereto.

90.    A broadcasting service is a service carrying on the dissemination of radio communications intended to be received by the public.

91.    IAA's RFD Marks are RFD, RFD Radio Network and design, and RFD Illinois.

92.    The Agreement was signed by the IAA and RMG.

93.    The Agreement was supported by consideration.

### Breach of the Agreement by RMG

94.    On January 26, 2026, RMG "announced a major evolution of its business and brand." *See* Exhibit 5.

95.    On January 26, 2026, RMG announced, advertised, promoted, and launched a broadcasting service under the name RFD Network.

96.    Since January 26, 2026, RMG disseminated and provided a broadcasting service under the name RFD Network.

97.    RFD Network is confusingly similar to RFD and RFD Radio Network.

98.    On January 26, 2026, RMG announced, advertised, promoted, and launched a broadcasting service under the name RFD+.

99.    Since January 26, 2026, RMG has disseminated and provided a broadcasting service under the name RFD+.

100.    RFD+ is confusingly similar to RFD and RFD Radio Network.

101.    On January 26, 2026, RMG announced, advertised, promoted, and launched programming for a broadcasting service under the name RFD Originals.

102.    Since January 26, 2026, RMG has advertised, promoted, disseminated, and provided programming for a broadcasting service under the name RFD Originals.

103.    RFD Originals is confusingly similar to RFD and RFD Radio Network.

104.    On January 26, 2026, RMG announced, advertised and launched programming for a broadcasting service under the name RFD News.

105.    Since January 26, 2026, RMG has advertised, promoted, disseminated and provided programming for a broadcasting service under the name RFD News.

106.    RFD News is confusingly similar to RFD and RFD Radio Network.

107.    RMG has breached the Agreement.

### Damages From Infringement and Breach

108.    RMG's use of the RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks will cause the IAA to lose control of the goodwill and reputation generated by its RFD Radio Network and RFD marks.

109.    Upon information and belief, RMG's use of the RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks will lead advertisers to contact RMG regarding advertising on the IAA's RFD Radio Network.

110.    Upon information and belief, the IAA will lose advertising revenue due to the confusion created by RMG's use of the RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks.

111.    Upon information and belief, potential Illinois Farm Bureau members will be confused into believing that the IAA's RFD Radio Network and RFD radio programs are created and run by RMG.

112.    Upon information and belief, potential Illinois Farm Bureau members will be confused into believing that the Illinois Farm Bureau is associated with a for-profit company that produces primarily entertainment content instead of a non-profit organization that focuses on championing farmers' interests, legislative advocacy, offering education, and community work.

113.    Upon information and belief, potential Illinois Farm Bureau members will be confused into believing that the Illinois Farm Bureau is associated with and/or promotes controversial celebrities like Don Imus and Paula Deen.

114.    Upon information and belief, potential Illinois Farm Bureau members will forgo membership due to the confusion created by RMG's use of the RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks.

115.    Upon information and belief, current Illinois Farm Bureau members may cancel or choose not to renew their memberships due to the confusion created by RMG's use of the RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks.

116.    If RMG does not cease using the RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks, the IAA may need to pay to rebrand itself to avoid the confusion caused by RMG's infringement.

## COUNT I

### FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)

117.   IAA repeats and realleges the allegations set forth in paragraphs 1 through 116.

118.   The IAA is the owner of Federal Trademark Registration Nos. 3,404,674 and 3,404,675 for "RFD", and Registration Nos. 3,404,671 and 3,404,672 for "RFD Radio Network and design". These registrations are incontestable.

119.   RMG, through its use of RFD Network, RFD+, RFD Originals RFD News, and RFD Studios, is using in commerce a copy or colorable imitation of RFD and RFD Radio Network and design in connection with the sale, offering for sale, distribution, or advertising of its goods and services in connection with which such use is likely to cause confusion, to cause mistake, and to deceive.

120.   RMG's aforementioned acts have been conducted willfully and intentionally and with deceptive intent, thereby making this an exceptional case.

121.   The IAA has been damaged by the aforementioned infringement.

## COUNT II

### FEDERAL COMMON LAW TRADEMARK INFRINGEMENT (15 U.S.C. § 1125(a)

122.   IAA repeats and realleges the allegations set forth in paragraphs 1 through 116.

123.   The IAA possesses the sole and exclusive right to use RFD, RFD Radio Network, and RFD Radio Network and its design by virtue of its longstanding prior and ongoing use of these marks.

124.   RMG's use of RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios is likely to cause confusion, and cause mistake, and deceive as to the affiliation, connection, or

15

association of RMG with the IAA, and as to the origin of, sponsorship of, or approval of RMG's goods, services, or commercial activities.

125. RMG's use of RFD Network, RFD+, RFD Originals, RFD News, and RFD Studios marks in commercial advertising and promotion misrepresents the nature, characteristics, and qualities of RMG's goods, services, and activities and the IAA's goods, services, and activities.

126. The IAA has been harmed by the aforementioned acts.

## COUNT III

## ILLINOIS CONSUMER FRAUD AND DECEPTIVE PRACTICES ACT

127. IAA repeats and realleges the allegations set forth in paragraphs 1 through 116.

128. RMG's unlawful conduct as described above constituting trademark infringement also constitutes unfair and deceptive acts and practices, including but not limited to the use and employment of deception, fraud, false pretense, false promise, misrepresentation, and the concealment, suppression and omission of material facts, with intent that others rely upon the concealment, suppression and omission of such material facts in violation of the Illinois Consumer Fraud and Deceptive Practices Act, 815 ILC § 505/2.

129. RMG's conduct as described above is willful and intentional, committed with deceptive intent, making this an exceptional case.

130. The IAA has been harmed by the aforementioned acts.

## COUNT IV

## ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT

131. The IAA repeats and realleges the allegations set forth in paragraphs 1 through 116.

16

132.   RMG's unlawful conduct as described above, constituting trademark infringement, also constitutes unfair and deceptive acts and practices in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILC § 510/2.

133.   The IAA has been harmed by the aforementioned acts.

### COUNT V

### UNFAIR COMPETITION UNDER ILLINOIS COMMON LAW

134.   The IAA repeats and realleges the allegations set forth in paragraphs 1 through 116.

135.   RMG's unlawful conduct as described above, constituting trademark infringement, also constitutes unfair competition under Illinois common law.

136.   The IAA has been harmed by the aforementioned acts.

### COUNT VI

### BREACH OF CONTRACT UNDER ILLINOIS COMMON LAW

137.   The IAA repeats and realleges the allegations set forth in paragraphs 1 through 116.

138.   The Agreement described above is a valid contract binding RMG.

139.   RMG breached the contract as described by the aforementioned acts.

140.   The IAA has been harmed by this breach.

### PRAYER FOR RELIEF

WHEREFORE, the IAA prays for relief as follows:

A.   For a judgment determining that RMG has infringed the IAA's trademarks in violation of 15 U.S.C. § 1114;

B.      For a judgment determining that RMG has infringed the IAA's trademarks in violation of 15 U.S.C. § 1125(a);

C.      For a judgment determining that RMG violated the Illinois Consumer Fraud and Deceptive Practices Act under 815 ILC 510/2;

D.      For a judgment determining that RMG violated the Illinois Uniform Deceptive Practices Act under 815 ILC 505/2;

E.      For a judgment determining that RMG violated Illinois Common Law through its unfair competition;

F.      For a judgment that RMG breached the Agreement in violation of Illinois Common Law;

G.      For a finding that such infringement was willful;

H.      For a finding that this is an exceptional case under the Lanham Act;

I.      For a judgment preliminarily and permanently enjoining and restraining RMG, including its officers, directors, employees, agents, and servants, and all those in active concert or participation with any of them from directly or indirectly infringing the IAA's trademarks;

J.      For a judgment awarding the IAA (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of RMG, and (iii) costs of this action, including attorneys' fees;

K.      For a judgment awarding the IAA any other damages to which it is entitled under statute or common law;

L.      For such other and further relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

The IAA hereby demands a trial by jury in this action.

18

Dated:  May 19, 2026

ILLINOIS AGRICULTURAL
ASSOCIATION


By:    *s/David G. Lubben*

 David Lubben (ARDC # 6207729)

Davis & Campbell L.L.C.

401 Main Street, Suite 1600

Peoria, IL 61602

(309) 673-1681

dglubben@dcamplaw.com


-and-


William J. Kelly III (ARDC # 6324930)

Kelly Law Partners LLC

501 S. Cherry Street, Ste. 1100

Denver, CO 80246

(720) 236-1801

wkelly@kellylawpartners.com

19